```
76    95
85   343
76    35
0101 480
```

## FALLS, next friend, *vs.* CRAWFORD.

Where a bill was brought to recover certain property as being a homestead, and the proceedings exhibited thereto showed that the ordinary had set apart the lands as a homestead before the surveyor had made his return and before he had sworn to the same, the bill was properly dismissed on demurrer.

October 13, 1885.

Equity. Homestead. Before Judge BROWN. Fannin Superior Court. May Term, 1885.

Complainants, by their mother, as next friend, filed their bill to recover a homestead alleged to have been set apart to their father and afterwards sold by him. From the exhibits to the bill, the following facts appeared: The application for homestead was made July 16, 1869; the day set for the hearing was September 2; on August 14, an order was issued to James P. Payne, county surveyor, to plat and return the land. On August 30, Ansel Bailey, "deputy county surveyor," made a return of the survey and valuation, but it was not sworn to; and on September 2, the ordinary entered "approved" thereon.

On demurrer, the bill was dismissed, and complainants excepted.

J. A. JERVIS; J. R. CHASTAIN; THOS. A. BROWN; R. J. McCAMY, for plaintiff in error.

C. D. PHILLIPS; GEO. N. LESTER; W. C. GLENN, for defendant.

BLANDFORD, Justice.

The complainants, the plaintiffs in error, filed their bill against the defendant, wherein they claimed certain lands which had been set apart as a homestead to their father for their benefit in 1869, and they exhibited to the bill the homestead proceedings by which it appeared that the ordinary had set apart the lands as a homestead before the surveyor had made his return and before he had sworn to the same. Upon demurrer, the court sustained the same, and dismissed the bill, and with this decree of the chancellor this court concurs. See Code, §2008.

Judgment affirmed.